

CERTIFICATION OF VITAL RECORD

# State of New Hampshire

## CERTIFIED ABSTRACT OF A CERTIFICATE OF BIRTH

724411

| Field | Value |
|---|---|
| FULL NAME | TAYLOR LEE DELANEY |
| DATE OF BIRTH | APRIL 06, 1998 |
| SEX | FEMALE |
| BIRTHPLACE | ELLIOT HOSPITAL |
| CITY/TOWN | MANCHESTER |
| FATHER'S NAME | BRANDAN JOHN DELANEY |
| DATE OF BIRTH | SEPTEMBER 18, 1975 |
| FATHER'S BIRTHPLACE | NEW HAMPSHIRE |
| MOTHER'S NAME | ANDREA LEE MASSE |
| DATE OF BIRTH | SEPTEMBER 10, 1976 |
| MOTHER'S BIRTHPLACE | NEW HAMPSHIRE |
| DATE RECORD FILED | JULY 08, 1998 |
| MARGINAL NOTES | |

TIME OF BIRTH    02:57 PM

FILE #    1998003277

MAIDEN    MASSE

I HEREBY CERTIFY THAT THIS IS A TRUE ABSTRACT ISSUED FROM THE OFFICIAL RECORDS ON FILE AT THIS OFFICE.

ATTEST: _____   STATE/LOCAL REGISTRAR

DATE ISSUED: _____   STATE CITY/TOWN OF: MANCHESTER

William R. Bolton, Jr.
State Registrar

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
It shall be unlawful for anyone to reproduce this certificate other than local or State Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VS-SP2