UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Andrea Masse, individually
and as guardian and next friend of Taylor Lee Delaney</u>

      v.                                   Civil Action No.04-cv-467-JM

<u>Fidelity Security Life Insurance Co.</u>

**<u>J U D G M E N T</u>**

In accordance with the endorsed order dated February 24, 2005 by Magistrate Judge James R. Muirhead, granting the Assented to Motion for Approval of Settlement on Behalf of Taylor Lee Delaney, judgment is hereby entered.

                                                        By the Court,

                                                        /s/ James R. Starr

                                                        James R. Starr, Clerk

February 24, 2005

cc:    Thomas E. Craig, Esq.
        James E. Fiest, Esq.
        Adam Michael Nee, Esq.